UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.D. ELECTRONIC CORP., <br><br> Defendant. | Case No.: 18cv373-BEN(MSB) <br><br> **ORDER RE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE [ECF NO. 91]** |

On June 15, 2020, the Court held a discovery hearing on the parties' "Revised Joint Motion for Determination of Discovery Dispute Regarding Pulse Electronics, Inc's Requests for Production (Nos. 7-29)" [ECF No. 91]. For the reasons stated on the record, the Court issues the following orders:

1) The Court **GRANTS in part and DENIES in part** Plaintiff's motion. The Court **GRANTS** Plaintiff's motion to compel further production in response to its Requests for Production ("RFPs") No. 7-29. The Court **DENIES** Plaintiff's motion with regard to RFPs that seek discovery dating back more than six years prior to the filing of Plaintiff's Complaint. Defendant is **ORDERED** to produce a sample for inspection of the requested products, to the extent Defendant possesses such sample(s), at a reasonable cost to Plaintiff. Defendant must provide supplemental production by **July 31, 2020**.

///

2) Defendant must produce a Privilege Log listing all documents it withheld and/or redacted to date based on its assertion of privilege by **June 29, 2020**.  If Defendant withholds/redacts any additional documents or information during its supplemental production, as ordered by the Court in this Order, Defendant must produce a Supplemental Privilege Log by **July 31, 2020**.

3) The Court **DENIES** Plaintiff's request for sanctions.

**IT IS SO ORDERED.**

Dated:  June 16, 2020

Honorable Michael S. Berg
United States Magistrate Judge