

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See attachment | Civil Action No. 18-cv-00373-BEN-DEB |
| **Plaintiff,** | |
| V. | |
| See attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court enters judgment in Defendant's favor as to Plaintiff's three counts in the Second Amended Complaint seeking relief for direct, induced, and contributory infringement of the Patents-in-Suit as well as Defendant's counterclaims for non-infringement. See ECF No. 108. Given the Court did not address the validity of any of Plaintiff's Patents-in-Suit, Defendant's counterclaims raising invalidity are dismissed as moot in light of the Court's determination that Defendant has not infringed the Patents-in-Suit.  Defendant is the prevailing party.

Date:  3/31/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler
M. Exler, Deputy