Robert F. Gazdzinski (Bar No. 182090)
rob@gazpat.com
Derek L. Midkiff (Bar No. 299594)
derek.midkiff@gazpat.com
Eric R. Carr (Bar No. 333128)
eric@gazpat.com
**GAZDZINSKI & ASSOCIATES, PC**
16644 West Bernardo Drive, Suite 300
San Diego, CA  92127
Telephone: (858) 675-1670
Facsimile: (858) 675-1674

Kent M. Walker (Bar No. 173700)
kwalker@lewiskohn.com
**Lewis Kohn & Walker LLP**
17085 Via Del Campo
San Diego, CA 92127
Telephone: (858) 436-1333
Facsimile: (858) 436-1349

*Attorneys for Plaintiff*
PULSE ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ELECTRONICS, INC., a Delaware corporation.<br><br>Plaintiff,<br><br>v.<br><br>U.D. Electronic Corp., a Taiwan corporation,<br><br>Defendant. | CASE NO. 3:18-CV-00373-BEN-DEB<br><br>**PLAINTIFF PULSE ELECTRONICS, INC.'S NOTICE OF MOTION AND MOTION TO STAY EXECUTION OF DEFENDANT'S BILL OF COSTS [ECF 198] PENDING APPEAL**<br><br>Date: July 12, 2021<br>Time: 10:30 AM<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |

CASE NO. 3:18-cv-00373-BEN-DEB

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on July 12, 2021, at 10:30 a.m., in Courtroom 5A of the United States District Court for the Southern District of California, Plaintiff Pulse Electronics, Inc. will and hereby does move the Court to stay enforcement and waive the bond requirement for the Bill of Costs pending appeal.

This Motion is based on this Notice of Motion and Motion, including the accompanying Memorandum of Points and Authorities, filed with the Court in support of the Motion.

DATED: June 11, 2021

**GAZDZINSKI & ASSOCIATES P.C.**

By: */s/ Eric R. Carr*
Robert F. Gazdzinski
Derek L. Midkiff
Eric R. Carr

**Lewis Kohn & Walker LLP**

Kent M. Walker

*Attorneys for Plaintiff*
PULSE ELECTRONICS, INC.